## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY WRIGHT, | ) |
| Plaintiff, | ) C.A. No. 24-cv-01245-RGA |
| v. | ) |
| SLWM, LLC, | ) |
| Defendant. | ) |

### [PROPOSED] AMENDED ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(b)(1)

**WHEREAS**, Defendant SLWM, LLC has moved this Court on December 5, 2024, to dismiss the complaint filed by plaintiff Jeffrey Wright pursuant to Federal Rule of Civil Procedure 12(b)(1);

**AND NOW**, this ____ day of _____, 2024, upon consideration of Defendant's Motion to Dismiss, and any opposition thereto, it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED**;

2. Plaintiff's Complaint is dismissed in its entirety without prejudice;

3. Plaintiff's pending Motion for Preliminary Injunction (Dkt. 8) is dismissed as moot.

_____
The Honorable Richard G. Andrews
United States District Court